

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**CM/ECF APPLICATION FORM**
**SELF-REPRESENTED PARTY**

---

Case Name: _Denise Subramaniam v. Michael W. Mosman_

Case Number: _3:17-cv-1626-YY_

The United States District Court for the District of Oregon uses the federal judiciary's Case Management/Electronic Case Files (CM/ECF) system to support electronic filing, service, and access to court records. The CM/ECF system contains the official court records of proceedings. (See Local Rule [LR] 5, available on the Court's website at ord.uscourts.gov.) The Court no longer maintains paper files.

As a self-represented party, non-prisoner, you may (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. **ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE.** You will be notified by an order whether your application is approved. If this application is approved by the Court, you agree to abide by the requirements and conditions for the option you select as explained on the following pages.

**If this application is approved by the Court, you agree to abide by the requirements and conditions for the option you select as explained on the following pages.**

**CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application.**

Answers to other questions you have may be found on the Court's internet site at ord.uscourts.gov, or you may call the Clerk's Office (Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777).

Note: Clerk's Office staff are prohibited from giving any type of legal advice regarding your case.

---

## Registrant Information

| | |
|---|---|
| **Case Name:** Denise Subramaniam v. Michael W. Mosman<br>**Case Number:** | **Instructions:**<br>Read the accompanying information packet carefully before completing and submitting this form. |

| | |
|---|---|
| **Name:** Denise Subramaniam<br>*(first, middle initial, last)*<br>**Telephone:** 503-764-5300<br>**E-mail:** d.subramaniam@aol.com | **Address:** Denise Subramaniam<br>c/o D. Guite<br>25219 Village 25<br>Camarillo, CA 93012 |

**I request the following service:**

☑ Option 1:   CM/ECF user account registration for filing access
                       (selection of this option automatically includes Option 2 below.)

☐ Option 2:   Consent to electronic service of filings and notice via CM/ECF pursuant to
                       Fed. R. Civ. P. 5.

☑ I certify that I have completed the tutorials required to apply for registration in CM/ECF.

**By physically or electronically signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.**

**Signature:** s/ Denise Subramaniam          **Date:** 10/11/2017

Email this form to the Court by clicking "Submit by Email" below. Otherwise mail or FAX this page and any requisite certification to:

| ☑ Portland Division | ☐ Eugene Division | ☐ Medford Division | Court use only: |
|---|---|---|---|
| Clerk, U.S. District Court<br>Attn: CM/ECF Registration<br>1000 S.W. Third Ave., Ste. 740<br>Portland, OR 97204<br>Fax: 503-326-8010 | Clerk, U.S. District Court<br>Attn: CM/ECF Registration<br>405 East Eighth Ave.<br>Eugene, OR 97401<br>Fax: 541-431-4109 | Clerk, U.S. District Court<br>Attn: CM/ECF Registration<br>310 West Sixth St.<br>Medford, OR 97501<br>Fax: (541) 608-8779 | Processed: ____<br>Test Message: ____<br>Reg E-mail sent: ____<br>App Docketed: ____ |

**Submit by Email**

## CM/ECF Registration Application Options

### Option 1: CM/ECF User Account Registration

This option is a request for privileges to allow you to become a Registered User so you may file documents electronically in your case and receive service of electronically filed documents via CM/ECF.

The CM/ECF system must be used in conjunction with the Federal Rules of Civil Procedure, the Local Rules of Civil Practice, and the administrative orders and policies of the United States District Court for the District of Oregon.

In order to file documents electronically, you will need the following:

- A personal computer running either the Windows or Apple operating platforms;
- Internet access through an Internet service provider using Point to Point Protocol (PPP);
- A compatible browser[1] that supports 128 bit encryption and has JavaScript and cookies enabled;
- A Portable Document Format (PDF)-compatible word processor such as Microsoft Word or Corel WordPerfect;
- Software to convert documents from a word processor format to PDF format, such as Adobe Acrobat PDF Writer;
- Software to read PDF documents (Adobe Acrobat Reader is available at no cost);
- Access to a flatbed scanner with sheet feeder if paper documents need to be imaged before being uploaded into the system;
- An e-mail account; and
- A Public Access to Court Electronic Records (PACER) Service account. The Judicial Conference of the United States has approved a schedule of fees to be charged for electronic records access by users of the CM/ECF system. This requires a PACER account in addition to a CM/ECF user account. Registered users get "one free look" at documents when they receive the initial notice of electronic filing (NEF) by e-mail; at that time you can download and save the electronic file at no charge. However, subsequent views of filed documents will result in a charge to you. Contact the PACER Service Center at pacer.psc.uscourts.gov or call the Pacer Service Center at 800-676-6856 or 210-301-6440. See the court's website at ord.uscourts.gov for additional information about this requirement.
- You are also required to complete the electronic filing tutorials available on the Court's website at ord.uscourts.gov and certify their completion in this application. If you are approved for CM/ECF user registration, you will be issued a participant's login and password. The use of this login and password constitutes your "signature" pursuant to Fed. R. Civ. P. 11 on all submissions made via the CM/ECF system. Your documents must also conform with LR 11-1, and the signature line on the documents must reflect your signature as "s/ your typed name."

---

[1] CM/ECF has been tested for use with Mozilla Firefox and Internet Explorer version 7 or 8. Safari, Opera, and Google Chrome have not been tested for use with CM/ECF.

You must take appropriate steps to protect your CM/ECF login and password. If the login and password become compromised, the Court must be immediately notified.

NOTE: Registration as a CM/ECF user for filing purposes under this option also constitutes your consent to receive service by electronic means as substitute for service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and LR 5-4. You will NOT receive paper copies of any documents filed by other parties or the Court in your case; all documents will be in electronic format only.

If you are not approved for CM/ECF registration or if you choose not to apply for this option, you must deliver to the Clerk's Office paper copies of documents required or permitted to be filed in this Court for docketing in the record of the case. You must also serve paper copies of your documents on the opposing parties in your case.

**Option 2: Consent to electronic service of filings and notice via CM/ECF**

This option allows you to request to receive electronic notice via e-mail when filings are made in your case. You are consenting that such notice constitutes service pursuant to Fed. R. Civ. P. 5(b)(2)(E) of such filings upon you as noted above; you will not receive paper copies of documents from the other party. This option does NOT allow you to file documents electronically with the Court. You must submit your filings in paper form and serve paper copies of your documents on the opposing parties in the case.

This option also requires a PACER Service account (as explained above) and allows viewing access to the documents in your case. PACER issues a separate login and password for this purpose. You will not receive a CM/ECF login from this Court.

You must maintain a valid e-mail account and are responsible for checking it regularly to be aware of court filings.